Commonwealth *v.* Preston, Appellant.

Submitted March 13, 1972. *Harry L. McNeal, Jr.,* Assistant Public Defender, for appellant; *Samuel K. Gates,* and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Raney, Appellant.

Argued March 21, 1972. *Robert L. White,* with him *White and Matthews,* for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Ricci, Appellant.

Submitted March 22, 1972. *Mitchell S. Lipschutz,* for appellant; *Robyn Greene* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.